UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Malena Hinten,**  )  | |
|       **Plaintiff,**  ) | |
| ) | |
|       v.  ) | Case No.   4:13-cv-01071-HEA |
| ) | |
| **Midland Funding, LLC,**  ) | |
|       **Defendant.**  ) | |

### ORDER

On June 7, 2013, the above styled cause was assigned a case number for the Eastern Division of the Eastern District of Missouri. Upon closer examination, it has been determined that the case should have been filed as a Northern Division case. Therefore, a Northern Division case number must be drawn and a judge assigned.

**IT IS HEREBY ORDERED** that the case is transferred to the Northern Division and randomly assigned to the Honorable David D. Noce, United States Magistrate Judge. **IT IS FURTHER ORDERED** that cause number 4:13-cv-01071-HEA be administratively closed.

Dated this 10th day of June, 2013

James G. Woodward, Clerk of Court

By: /s/ Katie Spurgeon
Deputy In Charge

**In all future documents filed with the Court, please use the following case number: 2:13-cv-00054-DDN.**